The People of the State of New York ex rel. James G. Collins, Appellant, v. John F. Ahearn, as President of the Borough of Manhattan, City of New York, and George F. Scannell, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Louis Smyth and Others, Appellants, v. Julius B. Fox, Respondent.— Judgment affirmed, with costs, on opinion of Houghton, J., on former appeal. (See *Murphy* v. *Fox*, 128 App. Div. 534.)

The People of the State of New York ex rel. William B. Rafferty, Appellant, v. The Board of Education of the City of New York and Others, Respondents.— Orders affirmed, with ten dollars costs and disbursements. No opinion.

Anna Gross, Appellant, v. Cæsar Basilea and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

W. R. Howard & Company, Respondent, v. Daniel Marks, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

R. Johnson Irving, Respondent, v. Charles M. Higgins, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

John D. Park & Sons Company, a Corporation Organized under the Laws of the State of Kentucky, Respondent, v. Charles Hubbard and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Young Italy of the United States of America, Appellant, v. Giuseppe L. Maggio di Geraci and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Henry Heilemann, Appellant, v. The Cleveland, Cincinnati, Chicago and St. Louis Railway Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. George Kemp Real Estate Company, Appellant, v. Frank A. O'Donnel and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Rutherfurd Realty Company, Appellant, v. Willet F. Cook, Respondent, Impleaded with Simon Lindau.— Order modified by directing the payment to the plaintiff of the amount of taxes, water rates, insurance and ground rent and the balance to the defendants. As so modified order affirmed, without costs. No opinion. Settle order on notice.

Minnie Mainthow, Respondent, v. Harold Mainthow, Sued as Harold P. Mainthow, Appellant. (No. 2.) — Order reversed and motion denied, without costs. No opinion.

Minnie Mainthow, Respondent, v. Harold Mainthow, Sued as Harold P. Mainthow, Appellant. (No. 3.) — Order affirmed, with ten dollars costs and disbursements. No opinion.

Minnie Mainthow, Respondent, v. Harold Mainthow, Sued as Harold P. Mainthow, Appellant. (No. 4.) — Order affirmed, with ten dollars costs and disbursements. No opinion.

Minnie Mainthow, Respondent, v. Harold Mainthow, Sued as Harold P. Mainthow, Appellant. (No. 5.) — Order affirmed, with ten dollars costs and disbursements. No opinion.